No. 66020.—W. T. Grant Co. and Micro Moisture Controls, Inc. *v.* United States, protests 58/12376 and 58/5416 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiffs was sustained.

No. 66021.—Elmar Products Co. et al. *v.* United States, protests 322199-K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiffs was sustained.

No. 66022.—Verona Dyestuffs *v.* United States, protests 60/5290 and 60/6606 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles and is similar in all material respects to that the subject of Abstract 64647, the claim of the plaintiff was sustained.

No. 66023.—W. C. Sullivan & Co. et al. *v.* United States, protests 58/11883-10040, etc. (Chicago).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc. v. United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.